■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN GRIGG, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eiber, J., at trial; Rotker, J., at sentencing), rendered June 28, 1984, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The defendant alleges that during the trial the testimony of the complaining witness was improperly bolstered *(see, People v Trowbridge,* 305 NY 471), and that he was accordingly denied a fair trial. This testimony was, however, properly stricken by the court and curative instructions were given to which no objection was made *(see, People v Johnson,* 57 NY2d 969; *People v Sorgente,* 90 AD2d 559; *People v Santiago,* 52 NY2d 865, 866). We have reviewed the defendant's other

contention, and find it to be without merit. Bracken, J. P., Brown, Weinstein and Spatt, JJ., concur.